UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ARNOLD KILBERG,<br>Defendant. | Civil Docket No.<br>02-00285-L |

**APPLICATION OF THE UNITED STATES OF AMERICA FOR RELEASE OF FUNDS HELD BY THE REGISTRY OF THE COURT**

As more fully demonstrated in the accompanying Memorandum in Support, the plaintiff, United States of America, hereby respectfully moves this Court to release the funds, in the amount of $826,153.77 plus, interest held in the Registry of the Court in the above-captioned matter.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

Dated: November 17, 2005 By: [signature]

Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303
Fax (617) 748-3972

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above Motion was served by first class mail, postage prepaid, upon Arnold Kilberg at 3554 Pine Lake Court, Delray, FL 33445-9045.

Dated: November 17, 2005

[signature]
Christopher R. Donato
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ARNOLD KILBERG,<br>Defendant. | Civil Docket No.<br>02-00285-L |

**MEMORANDUM IN SUPPORT OF APPLICATION OF THE UNITED STATES OF AMERICA FOR RELEASE OF FUNDS HELD BY THE REGISTRY OF THE COURT**

The plaintiff, United States of America, hereby respectfully moves this Court to release the funds held in the Registry of the Court in the above-captioned matter. As reasons therefore, the plaintiff states the following:

1. On June 10, 2003, this Court issued judgment for the United States of America against Arnold Kilberg in the amount of $826,153.77 plus post judgment interest. Docket Entry #32.
2. On July 15, 2003, this Court issued an Abstract of Judgment for the United States of America as to the defendant in the amount of $826,153.77, plus interest and costs. Docket Entry #52.
3. On October 10, 2003, this Court granted the plaintiff's motion to deposit certain funds into the Registry of the Court in an interest bearing account. Docket Entry #68.
4. On May 9, 2005, the United States Bankruptcy Court for the District of Rhode Island issued an order granting a motion

for relief from stay filed by the United States of America in the matter of In re: Arnold Kilberg, Chapter 7, Bankruptcy No, 1:04-bk-10632-ANV.[1]

Accordingly, the plaintiff respectfully moves this Court to release the funds, in the amount of $826,153.77 plus interest, to the United States of America held in the Registry of the Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

Dated: November 17, 2005 By: [signature]

Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303
Fax (617) 748-3972

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above Memorandum was served by first class mail, postage prepaid, upon the defendant at the following address:

Arnold Kilberg
3554 Pine Lake Court
Delray, FL 33445-9045.

Dated: November 17, 2005 [signature]

Christopher R. Donato
Assistant U.S. Attorney

---

[1] A copy of the Bankruptcy Court's Order Granting Assented Motion for Relief from the Automatic Stay and Judgment are attached as Exhibit 1.

# EXHIBIT 1

APR 29

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

ARNOLD KILBERG,

Debtor.

Case No. 04-10632-ANV
Chapter 7

**ORDER GRANTING ASSENTED MOTION FOR RELIEF FROM AUTOMATIC STAY**

This matter came to be heard on the 14th day of April, 2005, upon the Assented Motion For Relief from Automatic Stay brought by the United States of America ("USA"), a judgment creditor in the United States District Court for the District of Rhode Island (case number 02-285-L). Upon consideration thereof, and after hearing thereon, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. That the Motion is granted pursuant to 11 U.S.C. §362(d)(1) and Federal Rule of Bankruptcy Procedure 4001(a)(3) and the USA is granted relief from the automatic stay provisions of the Bankruptcy Code

2. The USA is hereby allowed to exercise certain of its non-bankruptcy rights and remedies, specifically to move the United States District Court for the District of Rhode Island (the "District Court") to release to the USA certain monies on deposit in the Registry of the District Court, and to apply those monies to the judgment obtained by the USA on June 10, 2003, in the amount of $826,153.77 plus interest and costs, in case number 02-285-L.

3. That the Trustee is authorized to execute such documents, instruments and agreements that he deems necessary and appropriate to effectuate this order.

ENTERED as an Order of this Court on this 9th day of ~~April~~ May 2005.

ORDERED:

Arthur N. Votolato
United States Bankruptcy Court Judge

Respectfully submitted,

for Christopher Donato

Christopher R. Donato
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3303
617-748-3969 (fax)
chris.donato@usdoj.gov

Dated: April 27, 2005

Entered on docket
Date: 5/9/05

# 2801607_v1

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 27th day of April, 2005, served a copy of the foregoing on the persons listed below by first class mail, postage prepaid.

Leonard DePasquale, Esq.
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903

Arnold Kilberg
642 Blackstone Boulevard
Providence, RI 02906

Andrew S. Harmon, Esq.
Harmon Law Offices, PC
150 California Street
Newton, MA 02461-0389

Department of Employment and Training
Attn: Legal
1511 Pontiac Avenue
Cranston, RI 02920

Justin Shay, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Patricia Antonelli, Esq.
Partridge Snow & Hahn
180 South Main Street
Providence, RI 02903

Richard L. Gemma, Esq.
MacAdams & Wieck
101 Dyer Street – 4th Floor
Providence, RI 02903

Thomas E. Carlotto, Esq.
Schechtman Halperin Savage
86 Weybosset Street
Providence, RI 02903

William Grimm, Esq.
Hinkley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Joseph Ferrucci, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo PC
55 Pine Street
Providence, RI 02903

Edward Bertozzi, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Cheryl Asquino, Esq.
Legal Counsel
Narragansett Bay Commission
1 Service Road,
Providence, RI 02905

Edward D. Feldstein, Esq
Roberts Carroll Feldstein & Peirce
10 Weybosset Street – 8th Floor
Providence, RI 02903

Douglas H. Smith, Esq.
240 Reservoir Avenue
Providence, RI 02907

Thomas J. Walsh, Esq.
Harmon Law Offices, PC
150 California Street
Newton, MA 02458

Christine K. Bush, Esq.
Duffy Sweeny and Scott
One Turks Head Place, Suite 1200
Providence, RI 02903

Michael A. Kelly
John O. Mancini
55 Pine Street, 5th Floor
Providence, RI 02903

Stacey P. Nakasian, Esq.
Duffy Sweeney & Scott LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

Arlene M. Embrey, Esq.
Office Of General Counsel, 7th Floor
U. S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416

Lawrence L. Goldberg, Esq.
92 Jefferson Boulevard
Warwick, RI 02888

Edward G. Lawson, Jr., Esq.
260 Lonsdale Avenue
Pawtucket, RI 02860

Edward G. Avila, Esq.
Roberts, Carroll F& P
10 Weybosset Street
Providence, RI 02903

Robert E. Bollengier, Esq.
Robert E. Bollengier Law Offices
3214 Post Road
PO Box 7617
Warwick, RI 02887

Merrill J. Friedemann
Wallick & Associates
51 Jefferson Boulevard
Warwick, RI 02888

# 2178198_v1

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

---

**Arnold Kilberg**

Debtor(s)

BK No. **1:04-bk-10632**

Chapter **7**

Judge: **Arthur N. Votolato**

---

## ***JUDGMENT***

Pursuant to the order entered this date, judgment is hereby entered regarding;

**531 - Order Granting (# [442])Motion For Relief From Stay re: Judgment obtained in USDC, CA No. 02-285L Filed by Creditor United States of America.**

Judgment #: 1:04–bk–10632 – 532 – 531

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **5/9/05**
Document Number: ***532 - 531***

By: **HAD**
Deputy Clerk

judgement.jsp #404