IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 02-285L |
| | ) | |
| ARNOLD KILBERG | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

MONETA RECEIVER'S LIMITED OPPOSITION TO THE MOTION FOR DISBURSEMENT OF FUNDS.

COMES NOW the United States Small Business Administration ("SBA") as Receiver ("the Moneta Receiver") for Moneta Capital Corporation, by and through its undersigned counsel, and hereby objects on a limited basis to the Request made by the Small Business Administration to distribute funds in full satisfaction of it judgment. In support the Moneta Receiver states that the monies in question were deposited with the Registry of this Court from the sale proceeds of properties titled to Hamlet Properties, LLC. The monies were deposited as a result of liens independently placed by the Moneta Receiver and the SBA. As the lien of the Moneta Receiver was granted and recorded prior to that of the SBA it is entitled to priority over the lien of the SBA. Therefore, the Moneta Receiver's claim must be paid first from the monies on deposit with the Registry of this Court.

WHEREFORE, the Moneta Receiver requests that the Court condition the distribution of funds according to the parties' lien priorities and reserve that portion to which the Moneta Receiver's lien attached.

U.S. Small Business Administration as
Receiver For Moneta Capital Corporation,
By its Attorneys,

Thomas E. Carlotto #6088
SHECHTMAN HALPERIN SAVAGE LLP
86 Weybosset Street
Providence, Rhode Island 02903
(401) 272-1400
(401) 272-1403 (fax)

I hereby certify that on the 13th day of December 2005, I served a true and accurate copy of the forgoing Opposition to the following via email and regular mail:

William J. Delaney, Esq.
Tillinghast, Licht, Perkins, Smith
& Cohen, LLP
10 Weybossett Street
Providence, RI 02903

wdelaney@tllaw.com

Christopher Donato, Esq.
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Chris.Donato@usdoj.gov

Thomas E. Carlotto