UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : | |
| v. | : | C.A. No.: 02-285L |
| ARNOLD KILBERG, Defendant. | : | |

**WITHDRAWAL OF NOTICE OF ATTORNEY'S LIEN**

NOW COMES Tillinghast Licht LLP, former counsel to the Defendant in the above captioned matter and hereby withdraws its Notice of Attorney's Lien dated December 9, 2003.

Respectfully submitted,

TILLINGHAST LICHT LLP

William J. Delaney (No. 3643)
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (Fax)
Dated: December 14, 2005

CERTIFICATION

I hereby certify that a true copy of the within was sent to the following by first class mail, postage prepaid on this 14TH day of December, 2005:

Lisa Dinerman, Atty.
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

Allan E. Hanson, Esq.
U.S. Small Business Administration
380 Westminster Street
Providence, RI 02903

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage
86 Weybosset Street
Providence, RI 02903

Theodore Orson, Esq.
55 Dorrance Street
Providence, RI 02903

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Arnold Kilberg
285 Governor Street
Providence, RI 02903
**on behalf of Kilberg and the Others.**

Thomas W. Rigby, Esq.
Chief Counsel
SBIC Liquidation
United States Small Business Administration
Office of General Counsel
7th Floor
409 Third Street, S.W.
Washington, DC 20416

Arlene Messinger
Assistant General Counsel
U.S. Small Business Administration
409 Third Street, S.W. 7th Floor
Washington, D.C.

Stacey P. Nakasian, Atty.
Christine K. Ahern, Atty.
Duffy & Sweeney, Ltd.
1200 Turks Head Building
Providence, RI 02903

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;423399;1