**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 02-285L** |
| | ) | |
| **ARNOLD KILBERG** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

# ORDER

This matter came before the Court upon the Motion (the "Motion") of the United States of America to release funds on deposit in the registry of this Court (the "Fund") and the Limited Opposition filed by the Court appointed Receiver for Moneta Capital Corporation. After hearing and consideration, it is hereby:

ORDERED

1. The Motion is GRANTED, as provided herein.
2. The Clerk of the Court shall distribute the Fund as follows:

   A. The Clerk of the Court shall distribute the principal sum of $427,399.60, together with interest in the amount of $13,408.49 from the Fund to the Small Business Administration as Receiver for Moneta Capital Corporation (the "Receiver") forthwith. The tax identification number for Moneta Capital Corporation is 05-0398846. The distribution shall be sent to the Receiver care of Thomas Carlotto, Shechtman Halperin Savage, LLP, 1080 Main Street, Pawtucket, Rhode Island 02860.

B. The Clerk of the Court shall distribute the remaining balance of the Fund, less registry fees, plus interest to the Small Business Administration forthwith. The tax identification number for the Small Business Administration is 72-0564834 and the distribution shall be sent care of Christopher Donato, Esq., United States Attorney's Office, John Joseph Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston MA 02210.

**SO ORDERED.**

Dated: 3/7/06
Providence, Rhode Island

Ronald R. Lagueux
THE HONORABLE RONALD LAGUEUX
Sr. UNITED STATES DISTRICT COURT JUDGE